## 30815. CONNALLY v. THE STATE.

UNDERCOFLER, Presiding Justice.

In accordance with the United States Supreme Court's decision in Connally v. Georgia, —— U. S. —— (97 SC 546, 50 LE2d 444), Division 1 and the judgment of

affirmance of this court's decision in *Connally v. State,* 237 Ga. 203 (227 SE2d 352) (1976) are vacated. The decision of the United States Supreme Court is substituted as Division 1 of this court's opinion. The defendant's conviction is reversed.

*Judgment reversed. All the Justices concur.*

DECIDED FEBRUARY 23, 1977.

*Hatcher & Daniel, David P. Daniel,* for appellant.
*Earl B. Self, District Attorney, Jon B. Wood, Assistant District Attorney, Isaac Byrd, Staff Assistant Attorney General,* for appellee.